UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION



FILED
JUN 0 7 2011

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RONALD BONESTROO,<br>a/k/a "rbonestroo@sio.midco.net"<br><br>Defendant. | CR. 11-40016<br><br>SUPERSEDING INDICTMENT<br><br>Commercial Sex Trafficking<br><br>18 U.S.C. §§ 1591 and 1594(a) |

The Grand Jury charges:

On or about February 10, 2011, in the District of South Dakota and elsewhere, Ronald Bonestroo, a/k/a "rbonestroo@sio.midco.net", defendant herein, knowingly, in and affecting interstate commerce, attempted to recruit, entice and obtain a person who had not attained the age of 18 years, and knew that the person would be caused to engage in a commercial sex act; all in violation of 18 U.S.C. §§1591 and 1594(a).

FORFEITURE ALLEGATION

1. The allegations contained in this indictment are re-alleged as if fully set forth here, for the purpose of alleging forfeiture, pursuant to 18 U.S.C. § 1594(d)(1).

2. If convicted of an offense set forth above, Ronald Bonestroo, a/k/a "rbonestroo@sio.midco.net", the defendant herein, shall forfeit to the United States any and all materials or property used or intended to be used to commit or

to facilitate commercial sex trafficking. Such property includes, but is not limited to:

    a. 2009 Chevrolet red Silverado pickup, VIN 3GCE33M79G194941.
    b. Black Motorola Phone, serial number H416NJ259J.
    c. Black Motorola Phone, serial number H65LJW8WS.
    d. $200.00 United States currency.

A TRUE BILL:

_____
Foreperson

BRENDAN V. JOHNSON
UNITED STATES ATTORNEY

By: _____